## RICHARD SMYTH, COLLECTOR, *versus* JOHN BENTLEY

JOURNAL ENTRIES (1814–19): *Journal 2:* (1) Continued *p. 425; (2) continued *p. 440; (3) death suggested, proceedings stayed *p. 660.

PAPERS IN FILE: (1) Capias.
*Office Docket*, MS p. 3, c. 8.